**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ABD AL RAHIM HUSSEIN AL NASHIRI, | **CIVIL ACTION** |
| *Petitioner,* | **(HABEAS CORPUS)** |
| *v.* | No. 08-cv-1207 (RCL) |
| | Misc. No. 08-mc-442 (TFH) |
| BARACK OBAMA, *et al.,* | |
| | *before* |
| *Respondents.* | Judge Royce C. Lamberth |

**ORDER**

It is hereby ORDERED that Petitioner's motion for a record preservation order is

*for the reasons stated in petitioners reply.*

GRANTED, Respondents shall preserve and maintain all evidence, documents and information,

without limitation, now or ever in respondents' possession, custody or control, relating to the

torture, mistreatment, and/or abuse of detainees held in the custody of the Executive Branch

since September 11, 2001 as well as all evidence, documents and information, without limitation,

now or ever in respondents' possession, custody or control, relating to the Petitioner in this case.

This includes, but is not limited to:

1. Senate Select Committee on Intelligence, "Committee Study of the Central Intelligence Agency's Detention and Interrogation Program" (2014)

2. Central Intelligence Agency Report prepared between 2012 and 2014 in response to the SSCI Report; and

3. All documents referenced or otherwise relied upon in the above mentioned reports.

It is FURTHER ORDERED that an electronic or paper copy of the Senate Select Committee on Intelligence, "Committee Study of the Central Intelligence Agency's Detention and Interrogation Program" (2014) be deposited with the Court Security Officer for secure storage under the terms of Amended Protective Order for Habeas Cases Involving Top Secret/Sensitive Compartmented Information and Procedures for Counsel Access to Detainees at the United States Naval Station in Guantanamo Bay, Cuba, in Habeas Cases Involving Top Secret/Sensitive Compartmented Information, Case Nos. 08-mc-442-TFH (Dkt. Nos. 1481 & 1496) & 08-cv-01207-RJR (Dkt. Nos. 79 & 80) (D.D.C. 9 January 2009). The Court Security Officer shall safeguard this report pending further order by the Court.

Dated: 12/28/16

_____
Judge Royce C. Lamberth
United States District Judge